IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SANTARIO LAWRENCE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:20-cv-00055-CAR-CHW |
| | : | |
| CAPTAIN SCOTT PECORE, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

**ORDER**

On February 18, 2022, the Defendants filed both a motion for judgment on the pleadings (Doc. 49), and a motion for summary judgment (Doc. 50). The Court then entered orders for Plaintiff to respond to these motions. (Docs. 51, 52). Both of the Court's orders, mailed to Plaintiff, were returned as undeliverable. (Docs. 53, 55).

Thereafter, the Court received from Plaintiff a letter (Doc. 54) indicating that Plaintiff temporarily was released from the Walton County Jail may have been homeless, but that Plaintiff has now returned to the Walton County Jail. It is unclear whether Plaintiff has ever received copies of the Defendants' dispositive motions. *See* (Doc. 54, p. 1) ("they took all my mail").

In the interests of justice and the expeditious resolution of this action, the Clerk of Court is hereby **DIRECTED** to mail to Plaintiff, at no cost, copies of the following documents: (1) the Defendants' motion for judgment on the pleadings (CM/ECF Docket No. 49); (2) the Defendants' motion for summary judgment (CM/ECF Docket No. 50); and (3) the Court's orders for a response to these motions (CM/ECF Docket Nos. 51 and 52).

Plaintiff is **ORDERED** to file any written response to the Defendants' dispositive motions by **May 16, 2022**. Plaintiff is again **ADVISED** that it is his duty to keep the Clerk of Court apprised

1

of his mailing address. *See* (Doc. 16, p. 15) ("Duty to Advise of Address Change"). Plaintiff is further **ADVISED** that the Court is under no obligation to provide free copies of legal documents based upon Plaintiff's failure to report his address, and that future such failures may result in a dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure based on Plaintiff's failure diligently to prosecute his case.

    **SO ORDERED**, this 13th day of April, 2022.

                                    s/ Charles H. Weigle
                                    Charles H. Weigle
                                    United States Magistrate Judge