# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **SANTARIO LAWRENCE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 3:20-CV-55-CAR-CHW |
| | : | |
| | : | |
| **CAPTAIN SCOTT PECORE,** *et. al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 66] recommending the Court grant Defendants' Motion to Dismiss [Doc. 49] Plaintiff's claims related to alleged burdens upon his free exercise of religion (claim two), his excessive force claim (claim three), and his retaliation claim (claim four) for failure to exhaust administrative remedies; and grant Defendants' Motion for Summary Judgment [Doc. 55] on Plaintiff's remaining claim challenging the conditions of his confinement (claim one) because no reasonable jury could find in favor of Plaintiff, and qualified immunity shields Defendant Pecore, the only defendant to Plaintiff's conditions of confinement claim, from liability. Plaintiff did not file an objection to the Report and Recommendation, and the time in which to do so has

1

expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

Accordingly, the Recommendation [Doc. 66] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motion to Dismiss [Doc. 49] and Motion for Summary Judgment [Doc. 50] are **GRANTED**.

**SO ORDERED,** this 4th day of August, 2022.

s/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT
